UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CURT HAWLEY,                             :
                                         :    12cv0592 (DLC)
                    Plaintiff,           :
                                         :    ORDER
          -v-                            :
                                         :
MPHASIS CORPORATION,                     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

On February 28, 2020, the Court received a letter from counsel for defendant describing excerpts from the deposition of plaintiff that defendant claims put plaintiff on notice of defendant's intention to raise the affirmative defense of failure to mitigate damages. Counsel for plaintiff responded on March 1. Accordingly, it is hereby

ORDERED that defendant shall file by **March 13, 2020**, transcripts of the portions of plaintiff's deposition that it contends are directly related to the affirmative defense of failure to mitigate damages.

Dated:   New York, New York
         March 3, 2020

                        _____
                              DENISE COTE
                        United States District Judge