```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
CURT HAWLEY,                           :    12cv592(DLC)
                                       :
                    Plaintiff,         :    ORDER
          -v-                          :
                                       :
MPHASIS CORPORATION,                   :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On April 10, 2020, the Court received a letter from counsel for the plaintiff requesting an additional thirty days to submit a stipulation of dismissal or re-open the above action. Defendant consents to this extension. Accordingly, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **May 20, 2020.** If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that there shall be no further

extensions of the May 20 date.

Dated: New York, New York
April 10, 2020

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge